1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  DAN M. KARMEL (NYBN 5151485)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7007
7     FAX: (415) 436-7234
      dan.karmel@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 25-MJ-71013 SK |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME FROM AUGUST 21, 2025, TO SEPTEMBER 8, 2025 |
| v. | ) |
| ADRIAN GUERRERO,<br>   a/k/a Angelica Guerrero, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant that time in the above-captioned matter be excluded under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from August 21, 2025, through September 8, 2025.

The defendant appeared before the Court on August 21, 2025, for an initial appearance, at which time the Court scheduled a status conference for September 8, 2025. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and Rule 5.1 so that defense counsel can prepare, including by reviewing discovery produced by the government. The parties therefore stipulate and agree that excluding time through September 8, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

STIPULATION AND [PROPOSED] ORDER
Case No. 25-MJ-71013 SK

the ends of justice served by excluding the time from August 21, 2025, through September 8, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that there is good cause to extend the time limits under Federal Rule of Criminal Procedure 5.1, taking into account the public interest in the prompt disposition of criminal cases.

      The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

      IT IS SO STIPULATED.

DATED: August 21, 2025                                       /s/
                                                                  DAN M. KARMEL
                                                                  Assistant United States Attorney

DATED: August 21, 2025                                       /s/
                                                                  SAMANTHA JAFFE
                                                                  Counsel for Defendant GUERRERO

|     | **[PROPOSED] ORDER** |
| --- | --- |
| 1   |     |
| 2   | Based upon the facts set forth in the stipulation of the parties and for good cause shown, the |
| 3   | Court finds that failing to exclude the time from August 21, 2025, through September 8, 2025, would |
| 4   | unreasonably deny defense counsel and the defendant the reasonable time necessary for effective |
| 5   | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The |
| 6   | Court further finds that the ends of justice served by excluding the time from August 21, 2025, through |
| 7   | September 8, 2025, from computation under the Speedy Trial Act outweigh the best interests of the |
| 8   | public and the defendant in a speedy trial. The Court further finds good cause to extend the time limits |
| 9   | under Federal Rule of Criminal Procedure 5.1, taking into account the public interest in the prompt |
| 10  | disposition of criminal cases. Therefore, and with the consent of the parties, IT IS HEREBY |
| 11  | ORDERED that time from August 21, 2025, through September 8, 2025, shall be excluded from |
| 12  | computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and Federal Rule of |
| 13  | Criminal Procedure 5.1. |
| 14  | IT IS SO ORDERED. |

DATED: _____

HON. SALLIE KIM
United States Magistrate Judge