| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | GALEN A. PHILLIPS (CABN 307644)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7110 |
| 7 | Email: Galen.Phillips@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-MJ-71013-MAG |
| Plaintiff, | ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) | |
| ANGELICA GUERRERO, | ) | |
| Defendant. | ) | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Galen A. Phillips appears in this matter in substitution of AUSA Dan Karmel. Future ECF notices should be sent to Assistant United States Attorney Galen A. Phillips with the following contact information: Galen A. Phillips, 450 Golden Gate, P.O. Box 36055, San Francisco, CA 94102, Galen.Phillips@usdoj.gov. AUSA Dan Karmel should be removed from the list of persons to be noticed.

DATED: September 11, 2025         Respectfully submitted,

                                                CRAIG H. MISSAKIAN
                                                United States Attorney

                                                /s/
                                                GALEN A. PHILLIPS
                                                Assistant United States Attorney